JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALFORNIA

|  |  |
|---|---|
| GAETAN TRUDEL and MERLIEE TRUDEL, | NO.  2:21-cv-01776-SAB-AFM |
| Plaintiffs, | |
| v. | **ORDER DISMISSING ACTION** |
| C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., | |
| Defendants. | **[ECF NO. 22]** |

Before the Court is the parties' Stipulation of Dismissal of Plaintiffs' Claims Without Prejudice, ECF No. 22. The parties ask the Court to dismiss Plaintiffs' claims without prejudice with each party to bear their own costs.

//
//
//
//
//
//
//
//
//

**ORDER DISMISSING ACTION** ~ 1

Accordingly, **IT IS ORDERED**:

1.     The parties' Stipulation of Dismissal of Plaintiffs' Claims Without Prejudice, ECF No. 22, is **GRANTED**.

2.     Plaintiffs' claims against all parties in the above-captioned action are **DISMISSED** without prejudice with each party to bear their own costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 19th day of August 2021.

_____
Stanley A. Bastian
United States District Court

**ORDER DISMISSING ACTION** ~ 2